AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **11-CV-81101-Ryskamp/Vitunac**

DEXTER CAMPBELL

          Plaintiff

v.

MERCER UNIVERSITY TARVER LIBRARY

          Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

MERCER UNIVERSITY
1300 Edgewood Avenue
Macon, GA  31207

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DEXTER LANCE CAMPBELL
832 Hill Drive, Apt. A
West Palm Beach, FL  33407

an answer to the complaint which is herewith served upon you, within **21** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Sept 30, 2011**
DATE


Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Olivia Tompkins
Deputy Clerk
U.S. District Courts