UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

DEXTER CAMPBELL,　　　　　　　　　　　　　Case No.: 5:12-cv-00181-HL
　　　　Plaintiff,

v.

MERCER UNIVERSITY,
D. BLOODWORTH, individually,
STEVE GAINES, individually,
RAY BRIDGER, individually
　　　　Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for an Enlargement of Time to Respond to Defendant Bloodworth's Motion to Dismiss [D.E. 36], in which Plaintiff seeks to extend the filing time for its Response to Defendants Motion to dismiss be moved 26th October 2012 to 2nd November 2012. Upon consideration, it is hereby

ORDERED that Plaintiff's Unopposed Motion for an Enlargement of Time to Respond to Defendant Bloodworth's Motion to Dismiss [D.E. 36] is GRANTED.

DONE and ORDERED in Macon, Georgia this 24th day of October 2012.

　　　　　　　　　　　　　　　　　　　　　　s/ Hugh Lawson
　　　　　　　　　　　　　　　　　　　　　　HUGH LAWSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATE DISTRICT JUDGE

cc: All Counsel of Record