IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| DEXTER CAMPBELL<br><br>    Plaintiff,<br><br>v.<br><br>MERCER UNIVERSITY;<br>D. BLOODWORTH, individually,<br>STEVE GAINES, individually,<br>RAY BRIDGER, individually,<br><br>    Defendants | Case No. 5:12CV00181HL |

### DEFENDANT MERCER UNIVERSITY, STEVE GAINES, AND RAY BRIDGER'S MOTION TO EXCEED PAGE LIMITATION

COME NOW, Defendants Mercer University, Steve Gaines, and Ray Bridger and, pursuant to Local Rule 7.4, hereby request that their counsel be allowed to exceed the page limitation set forth in Local Rule 7.4. In support of this request, Defendants show as follows:

1. Defendants intend to file a Motion to Dismiss based on insufficient service of process and failure to state a claim upon which relief can be granted.

2. Defendants request permission to exceed the page limitation set forth in Local Rule 7.4 in order to allow them to address completely the reasons

1

Plaintiff's Complaint and Amended Complaint should be dismissed, including a thorough discussion of the State law issues which prohibit Plaintiff's claims for relief.

3. Defendants request permission to file a memorandum of law in support of their Motion to Dismiss totaling 23 pages, including the certificate of service.

WHEREFORE, Defendants respectfully request this Court GRANT their request and that they be allowed to submit a memorandum of law in support of their Motion to Dismiss that is 23 pages in length.

THIS 6th day of November, 2012.

BENDIN SUMRALL & LADNER, LLC

/s/ Brian D. Trulock
TIMOTHY H. BENDIN
Georgia Bar Number 049876
BRIAN D. TRULOCK
Georgia Bar Number 559510
*Attorneys for Defendants*
One Midtown Plaza, Suite 800
1360 Peachtree Street NE
Atlanta, Georgia  30309
Telephone:  (404) 671-3100
Facsimile:   (404) 671-3080
E-mail:  tbendin@bsllaw.net
E-mail:  btrulock@bsllaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2012, I electronically filed the foregoing DEFENDANT MERCER UNIVERSITY, STEVE GAINES, AND RAY BRIDGER'S MOTION TO EXCEED PAGE LIMITATION with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following parties:

Mirta Desir, Esq.
*Pro Hac Vice*
Post Office Box 1052
West Palm Beach, Florida  33402
mdesir@gmil.com

Kyle Krejci, Esq.
Law Office of Kyle Krejci, LLC
Post Office Box 28122
Macon, Georgia  31221
kyle@middlegalaw.com

THIS 6th day of November, 2012.

                BENDIN SUMRALL & LADNER, LLC

                /s/ Brian D. Trulock
                TIMOTHY H. BENDIN
                Georgia Bar Number 049876
                BRIAN D. TRULOCK
                Georgia Bar Number 559510
                *Attorneys for Defendants*
                One Midtown Plaza, Suite 800

1360 Peachtree Street NE  
Atlanta, Georgia  30309  
Telephone:  (404) 671-3100  
Facsimile:   (404) 671-3080  
E-mail:  tbendin@bsllaw.net  
E-mail:  btrulock@bsllaw.net

1050-0002
276068