IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **DEXTER CAMPBELL**<br><br>    Plaintiff,<br><br>v.<br><br>**MERCER UNIVERSITY;**<br>**D. BLOODWORTH, individually,**<br>**STEVE GAINES, individually,**<br>**RAY BRIDGER, individually,**<br><br>    **Defendants** | Case No. 5:12CV00181HL |

### DEFENDANTS NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COME NOW, Defendants MERCER UNIVERSITY, DAN BLOODWORTH, STEVE GAINES, AND RAY BRIDGER, and hereby advise this Court that they do not oppose Plaintiff's Motion for Leave to File Second Amended Complaint [Doc. 54].  Defendants have reviewed the Motion, Memorandum, Proposed Second Amended Complaint, and Proposed Order.

Although unopposed, Defendants specifically reserve the right to file a Motion to Dismiss the Second Amended Complaint based upon Plaintiff's failure

1

to comply with the provisions of FED. R. CIV. P. 4(m), as well as any other affirmative defenses that may be available to them.

THIS 2nd day of January, 2013.

                                       BENDIN SUMRALL & LADNER, LLC

                                       */s/ Brian D. Trulock*
                                       TIMOTHY H. BENDIN
                                       Georgia Bar Number 049876
                                       BRIAN D. TRULOCK
                                       Georgia Bar Number 559510
                                       *Attorneys for Defendants*
                                       One Midtown Plaza, Suite 800
                                       1360 Peachtree Street NE
                                       Atlanta, Georgia  30309
                                       Telephone:  (404) 671-3100
                                       Facsimile:   (404) 671-3080
                                       E-mail:  tbendin@bsllaw.net
                                       E-mail:  btrulock@bsllaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2013, I electronically filed the foregoing **DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following parties:

| | |
|---|---|
| Mirta Desir, Esq. | Kyle Krejci, Esq. |
| *Pro Hac Vice* | Law Office of Kyle Krejci, LLC |
| Post Office Box 1052 | Post Office Box 28122 |
| West Palm Beach, Florida  33402 | Macon, Georgia  31221 |
| mdesir@gmil.com | kyle@middlegalaw.com |

THIS 2nd day of January, 2013.

BENDIN SUMRALL & LADNER, LLC

*/s/ Brian D. Trulock*
TIMOTHY H. BENDIN
Georgia Bar Number 049876
BRIAN D. TRULOCK
Georgia Bar Number 559510
*Attorneys for Defendants*
One Midtown Plaza, Suite 800
1360 Peachtree Street NE
Atlanta, Georgia  30309
Telephone:  (404) 671-3100
Facsimile:   (404) 671-3080
E-mail:  tbendin@bsllaw.net
E-mail:  btrulock@bsllaw.net