IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DEXTER CAMPBELL,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MERCER UNIVERSITY,** *et al.,*<br><br>    Defendants. | Civil Action No. 5:12-cv-181 (HL) |

## ORDER

Before the Court is Plaintiff Dexter Campbell's Motion to Amend/Correct the Complaint (Doc. 54). Plaintiff's Motion is unopposed by Defendants, and therefore, the Court grants the Motion to Amend.

Also pending in this case are three Motions to Dismiss (Doc. 34 (filed by Defendant Bloodworth), Doc. 41 (filed by Defendants Bridger, Gaines, and Mercer University), and Doc. 52 (filed by Defendant Bloodworth)) and two Motions to Strike (Docs. 44 and 46 (both filed by Plaintiff)). There is also a Motion for an Evidentiary Hearing pending, which was filed by Plaintiff as part of his response to Defendant Bloodworth's first Motion to Dismiss (Doc. 38). The primary issue in these motions is whether service was properly effectuated on Defendants. Based on a review of the Motions, the Court finds that factual issues exist as to the question of service, and thus, a hearing is necessary.

The hearing shall be set for February 26, 2013 in Macon, Georgia. No additional filings will be considered before the date of the hearing. It is not necessary to re-file the Motions to Dismiss, despite the amendment of the Complaint. If the parties feel that it is necessary to file any motion before February 26, that party must move the Court for permission to file.

For good cause shown, Plaintiff's Motion to Amend (Doc. 54) and Plaintiff's Motion for an Evidentiary Hearing (Doc. 38) are granted. However, the Court reserves judgment on all pending Motions to Dismiss and Motions to Strike. All deadlines in the case are stayed until further order of the Court.

**SO ORDERED**, this 8th day of January, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr