# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**DEXTER CAMPBELL,**

    Plaintiff,

v.

**MERCER UNIVERSITY,** *et al.***,**

    Defendants.

Civil Action 5:12-cv-181 (HL)

## ORDER

On January 18, 2013, the Court held a telephone conference call in response to Ms. Mirta Desir, Plaintiff's counsel, notifying the Court of an inability to attend a February 26, 2013 evidentiary hearing. The purpose of the conference call was to ensure that Plaintiff Dexter Campbell would be properly represented at the hearing. Ms. Desir informed the Court that local counsel, Mr. Kyle Krejci, would attend the conference. This satisfies the Court and the hearing will move forward as planned.

During the call, the Court also ordered all motions and pleadings to be filed in separate documents. In the future, motions should not be filed in the same document with response or reply briefs.

**SO ORDERED**, this 18th day of January, 2013.

                                    *s/ Hugh Lawson*
                                    HUGH LAWSON, SENIOR JUDGE